No. 03–10846. CEBREROS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10847. CORDERO-LUCIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10849. ESTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10850. CUNNINGHAM *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 03–10852. MITCHELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10853. BROWN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10854. BONNER *v.* ST. MARTIN PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 03–10855. BURRELL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10856. MCIVER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–10859. ALCORN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10860. ROLLER *v.* WILLIAMS, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 03–10861. SINGLETARY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10862. YORK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10863. TOCCALINE *v.* LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION. App. Ct. Conn. Certiorari denied.

No. 03–10865. NIEVES DIAZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.